B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re JAMES RAUM & JULIE ANN RAUM ,

*Debtor*

Case No. 12-52643

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: DECEMBER, 2012

Date filed: NOVEMBER 20, 2012

Line of Business: INDIVIDUAL

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Julie Ann Raum

Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? n/a | ☐ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH n/a | ☐ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? n/a | ☐ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14.   HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15.   DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16.   HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17.   HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18.   HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?                                                    ☐       ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 4,713.98 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 1,638.25 |
| Cash on Hand at End of Month | $ | 2,889.45 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU     **TOTAL** | $ | 1,251.20 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 3,497.25 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 4,713.98 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 3,497.25 |
| *(Subtract Line C from Line B)*     **CASH PROFIT FOR THE MONTH** | $ | 1,216.73 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? _____ 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? _____ 0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                        $    8,762.21

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                                      $    3,617.09

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                                   $    5,145.12

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

| Date | Description | | | Amount | Balance |
|------|-------------|---|---|--------|---------|
| 12/31/12 | Pos Purchase - Safeway Store 1210 Reno Nv 2789 00583001038385559 | No | | 30.00 | 2198.91 |
| 12/27/12 | Check Crd Purchase 12/26 Reno Orthopaedic C Reno Nv 434257xxxxxx2789 282361592791991 ?mcc=8011 | No | | 100.00 | 2228.91 |
| 12/26/12 | Farmers N W Life Ins. Prem 122012 Xxxxx1779 Julie Ann Raum 9576858102 008341779 0r00000091004552779136 | No | | 46.43 | 2328.91 |
| 12/24/12 | Pos Purchase - Chevron Jacksons Food Reno Nv 2789 00382360006428114 | No | | 73.25 | 2375.34 |
| 12/24/12 | Pos Purchase - Wal Mart 3254 Reno Nw Nv 2789 00000000139631524 | No | | 197.61 | 2448.59 |
| 12/21/12 | Monthly Service Fee Reversal | No | | +12.00 | 2646.20 |
| 12/21/12 | Monthly Service Fee | No | | 12.00 | 2634.20 |
| 12/20/12 | Check Crd Purchase 12/20 Abc Distributing 847-295-6058 Il 434257xxxxxx2789 002354638911433 ?mcc=5964 | No | | 159.86 | 2646.20 |
| 12/20/12 | Deposit | Yes | | +1796.00 | 2806.06 |
| 12/19/12 | Check Crd Purchase 12/19 Abc Distributing 847-295-6058 Il 434257xxxxxx2789 002353280238427 ?mcc=5964 | No | | 26.24 | 1010.06 |
| 12/17/12 | Check | Yes 2251 | | 50.00 | 1036.30 |
| 12/17/12 | Check Crd Purchase 12/15 Reno Hairstylist Reno Nv 434257xxxxxx2789 162350833889923 ?mcc=7230 | No | | 70.00 | 1086.30 |
| 12/17/12 | Pos Purchase - Costco Whse 0646 Sparks Nv 2789 00302350668234335 | No | | 205.63 | 1156.30 |
| 12/17/12 | Check Crd Purchase 12/14 Reno Orthopaedic C Reno Nv 434257xxxxxx2789 162349787606251 ?mcc=8011 | No | | 50.00 | 1361.93 |
| 12/14/12 | Check # 2250 (converted Ach) At&t Services Checkpaymt 121312 2250 A 12348 0r00000091004052354285 | No | 2250 | 190.23 | 1411.93 |
| 12/14/12 | Pos Purchase - Safeway Store 1210 Reno Nv 2789 00302349830656394 | No | | 102.29 | 1602.16 |
| 12/13/12 | Check | Yes 2249 | | 430.64 | 1704.45 |
| 12/12/12 | Sierra Pacific P Sppc Pymt 00264722 156740 Julieann Raum 3880044418 00264722 156740 0o00000091003650749410 | No | | 74.54 | 2135.09 |
| 12/12/12 | Check Crd Purchase 12/11 Qvc 420702966601 1 800-367-9444 Pa 434257xxxxxx2789 082343221085829 ?mcc=5964 | No | | 24.12 | 2209.63 |
| 12/12/12 | Check Crd Purchase 12/11 Qvc 420702317301 1 800-367-9444 Pa 434257xxxxxx2789 082343204832169 ?mcc=5964 | No | | 24.12 | 2233.75 |
| 12/11/12 | Pos Purchase - Wal Mart 3254 Reno Nw Nv 2789 00000000453712510 | No | | 106.42 | 2257.87 |
| 12/11/12 | Deposit | Yes | | +722.00 | 2364.29 |
| 12/10/12 | Pos Purchase - Wal Mart Super Reno Nv 2789 00000000634747357 | No | | 52.12 | 1642.29 |
| 12/10/12 | Pos Purchase - Chevron Jacksons Food Reno Nv 2789 00382345706968244 | No | | 57.00 | 1694.41 |
| 12/06/12 | Check | Yes 2248 | | 90.00 | 1751.41 |
| 12/06/12 | Check Crd Purchase 12/05 Northern Nevada Me Sparks Nv 434257xxxxxx2789 582340676253300 ?mcc=8062 | No | | 50.00 | 1841.41 |
| 12/06/12 | Deposit | Yes | | +1795.98 | 1891.41 |
| 12/05/12 | Check | Yes 2246 | | 51.96 | 95.43 |
| 12/04/12 | Check Crd Purchase 12/03 Esi Pharm Fairfiel 800-282-2881 Oh 434257xxxxxx2789 162335618740641 ?mcc=5912 | No | | 88.47 | 147.39 |
| 12/03/12 | Kromer Investmen Resident Julie Ann Raum 2273639005 0r00000091004056955313 | No | | 94.00 | 235.86 |
| 12/03/12 | Check # 2247 (converted Ach) Wal-mart Stores Purchase 121201 2247 Reno, Nv 0r00000091004056955314 | No | 2247 | 100.04 | 329.86 |
| 12/03/12 | Check | Yes 2245 | | 871.38 | 429.90 |
| 12/03/12 | Check | Yes 98 | | 46.43 | 1301.28 |
| 12/03/12 | Pos Purchase - Ulta 3 Reno Nv 2789 00000000636908240 | No | | 34.47 | 1347.71 |

Search | Sales | Banker Toolbox | Administration | Main | Sign Off          ◼ Customer List ( 7 )    ✖ Clear List

# Account

cci-az-app03/prod/prod_svp_250.0.2_a

**Wells Fargo Way2save Checking**   <u>8788593211</u>
Bank NEVADA (825)
<u>Detail</u> | <u>Address</u> | <u>History</u> | <u>Stop Payments</u> | <u>Holds/Pledges</u> | <u>Overdraft/NSF Fees</u> | <u>Service Fees</u> | <u>Check Orders</u> | <u>Transfers</u>

## Checking/Savings Account History

Select action ...  ▾  🔄

| | | |
|---|---|---|
| Tax Responsible Customer | <u>JULIE ANN RAUM</u> | Primary Joint Owner (or) |
| Additional Customers | <u>JAMES RAUM</u> | Secondary Joint Owner (or) |
| Ledger Balance | $1,090.54 | |
| Available Balance | $987.54 | |

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 01/10/13 | Chkcardwestern Nevada Sparks Nvus | No | | 51.15 | |
| | | | | (pending) | |
| 01/10/13 | Chkcardlassen True Valwestwoo Caus | No | | 51.85 | |
| | | | | (pending) | |
| 01/09/13 | Monthly Service Fee Reversal | No | | +12.00 | 1090.54 |
| 01/09/13 | Monthly Service Fee Prorated Due To Short Cycle | No | | 12.00 | 1078.54 |
| 01/03/13 | Deposit Made In A Branch/store | Yes | 612175444 | +400.00 | 1090.54 |
| 12/13/12 | Deposit | Yes | | +400.00 | 690.54 |
| 11/30/12 | Supervalue Check Purchase 032775209 3742977833 0r00000091003659960239 | No | | 9.63 | 290.54 |
| 11/29/12 | Deposit | Yes | | +300.17 | 300.17 |

Search | Sales | Banker Toolbox | Administration | Main | Sign Off     cci-az-app03/prod/prod_svp_250.0.2_a
amh.accountHistory