B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   JAMES RAUM & JULIE ANN RAUM                    ,        Case No.   12-52643
_____
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   APRIL, 2013                              Date filed:   NOVEMBER 20, 2012

Line of Business:   INDIVIDUAL                    NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Julie Ann Raum_ (signature)
_____
Original Signature of Responsible Party

Julie Ann Raum
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | n/a ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | n/a ☐ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | n/a ☐ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ☐   ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ☐   ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ☐   ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ☐   ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ☐   ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  | | |
|---|---|---|
| **TOTAL INCOME** | $ | 10615.06 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 6877.93 |
| Cash on Hand at End of Month | $ | 7091.25 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 7091.25 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 10,439.23 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 10,615.06 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 10,439.23 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 175.83 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $ _____ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $ _____ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? _____ 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? _____ 0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 7,086.06 | $ 10,615.06 | $ 3,529.00 |
| EXPENSES | $ 5,078.73 | $ 10,439.23 | $ 5,360.05 |
| CASH PROFIT | $ 2,007.33 | $ 175.83 | $ -1,831.05 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                $    5,767.66

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                              $    5,022.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                          $      745.66

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

# Wells Fargo Combined Statement of Accounts



Primary account number: **8788592437** ■ April 2, 2013 - May 1, 2013 ■ Page 1 of 6

JULIE ANN RAUM
JAMES RAUM
DEBTOR IN POSSESSION
CH. 11 CASE 12-52643NV
5200 SUMMIT RIDGE DR APT 3322
RENO NV 89523-9054

## Questions?

*Available by phone 24 hours a day, 7 days a week:*

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

**Now available!**
Improved balance alerts will now be sent faster so you can take quick action. With Wells Fargo Online, you can get notified when your balance drops below a limit you set.

**New! Text Transfers**
With Text Banking, you can quickly transfer money between your accounts via text message. To sign up for Text Banking and set up Text Transfers, go to the Account Services tab and select "Set Up/Modify Mobile Banking".

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

# Summary of accounts

## Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Way2Save® Checking | 2 | 8788592437 | 6,340.26 | 5,689.36 |
| Wells Fargo Way2Save® Savings | 4 | 9196232053 | 75.00 | 100.00 |
| **Total deposit accounts** | | | **$6,415.26** | **$5,789.36** |

Sheet Seq = 0004277



# Wells Fargo Way2Save® Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 4/2 | $6,340.26 |
| Deposits/Additions | 7,727.55 |
| Withdrawals/Subtractions | - 8,378.45 |
| **Ending balance on 5/1** | **$5,689.36** |

Account number: **8788592437**

**JULIE ANN RAUM**
**JAMES RAUM**
**DEBTOR IN POSSESSION**
**CH. 11 CASE 12-52643NV**

*Nevada account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 321270742

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/3 | | POS Purchase - 04/02 Mach ID 000000 Cvs 09841 09841 1695 Reno NV 2789 00383093041470057 ?McC=5912 | | 92.13 | 6,248.13 |
| 4/4 | 2275 | Check | | 863.54 | 5,384.59 |
| 4/8 | | POS Purchase - 04/07 Mach ID 000000 Wal Mart 3254 Reno NW NV 2789 00000000444251189 ?McC=5411 | | 148.40 | |
| 4/8 | ^ 2277 | Sierra Pacific P Checkpaymt 130408 2277 1000026472201567401 | | 80.30 | |
| 4/8 | 2278 | Check | | 100.00 | 5,055.89 |
| 4/9 | | Check Crd Purchase 04/07 Reno Hairstylist Reno NV 434257xxxxxx2789 08309770698174B ?McC=7230 | | 75.00 | |
| 4/9 | | POS Purchase - 04/09 Mach ID 000000 Cvs 09841 Reno NV 2789 0000000236282205 ?McC=5912 | | 19.00 | |
| 4/9 | 2279 | Check | | 100.00 | 4,861.89 |
| 4/10 | ^ 2276 | AT&T Services Checkpaymt 040913 2276 A 13099 | | 192.32 | 4,669.57 |
| 4/11 | | Deposit | 1,758.83 | | |
| 4/11 | | Check Crd Purchase 04/10 Qvc 422872465701 800-367-9444 PA 434257xxxxxx2789 283097855245350 ?McC=5964 | | 55.96 | |
| 4/11 | | Check Crd Purchase 04/10 Qvc 422859194101 800-367-9444 PA 434257xxxxxx2789 283097164061605 ?McC=5964 | | 59.49 | |
| 4/11 | | Check Crd Purchase 04/10 Qvc 422873867001 800-367-9444 PA 434257xxxxxx2789 283098024606311 ?McC=5964 | | 70.53 | |
| 4/11 | 2280 | Check | | 600.00 | 5,642.42 |
| 4/12 | | Check Crd Purchase 04/11 Scentsy, Inc USA 877-855-0617 ID 434257xxxxxx2789 003100838859113 ?McC=5963 | | 20.46 | |
| 4/12 | | POS Purchase - 04/12 Mach ID 000000 Cvs 09841 09841 1695 Reno NV 2862 00463102806913246 ?McC=5912 | | 75.00 | 5,546.96 |
| 4/15 | | Deposit | 668.40 | | |
| 4/15 | | Check Crd Purchase 04/12 Chevron 00204159 Reno NV 434257xxxxxx2789 583102584206117 ?McC=5542 | | 85.00 | |
| 4/15 | | POS Purchase - 04/13 Mach ID 000000 Wal Mart Super Reno NV 2789 00000000435992918 ?McC=5411 | | 61.65 | |
| 4/15 | | POS Purchase - 04/13 Mach ID 000000 Wal Mart Super Reno NV 2789 00000000057294553 ?McC=5411 | | 59.49 | |
| 4/15 | | Check Crd Purchase 04/13 Qvc 422932040001 800-367-9444 PA 434257xxxxxx2789 163101172950467 ?McC=5964 | | 48.98 | |
| 4/15 | | Check Crd Purchase 04/13 Qvc 422931913401 800-367-9444 PA 434257xxxxxx2789 283101165339614 ?McC=5964 | | 59.79 | |
| 4/15 | | POS Purchase - 04/14 Mach ID 000000 Savers 1041 Sparks NV 2789 00383104643167023 ?McC=5931 | | 6.45 | |

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 4/15 | | Check Crd Purchase 04/14 Paypal *Workingmom 402-935-7733 CA 434257xxxxxx2789 163104065238907 ?McC=8999 | | 4.99 | 5,889.01 |
| 4/16 | | POS Purchase - 04/16 Mach ID 000000 Nevada Center D Reno NV 2789 00000000653764648 ?McC=8099 | | 111.88 | 5,777.13 |
| 4/17 | | POS Purchase - 04/17 Mach ID 000000 Cvs 00157 00157 2890 Reno NV 2789 00463108005461582 ?McC=5912 | | 30.00 | 5,747.13 |
| 4/18 | | Check Crd Pur Rtrn 04/18 Red*Wmnwithn Retur 800-477-7030 IN 434257xxxxxx2789 623108556971497 ?McC=5969 | 12.49 | | 5,759.62 |
| 4/19 | | Check Crd Purchase 04/18 Farmers Ins Billin 866-813-7551 CA 434257xxxxxx2789 003108777593034 ?McC=5960 | | 318.30 | 5,441.32 |
| 4/22 | | POS Purchase - 04/19 Mach ID 000000 Chevron Jacksons Food Reno NV 2789 00383110074308935 ?McC=5542 | | 85.00 | |
| 4/22 | | POS Purchase - 04/20 Mach ID 000000 Wal Mart Super Reno NV 2862 00000000245599567 ?McC=5411 | | 69.11 | 5,287.21 |
| 4/24 | | Farmers N W Life Ins. Prem 042113 xxxxx1779 Julie Ann Raum | | 46.43 | 5,240.78 |
| 4/25 | | POS Purchase - 04/24 Mach ID 000000 Cvs 09841 09841 1695 Reno NV 2789 00383115074920587 ?McC=5912 | | 30.37 | |
| 4/25 | 2281 | Check | | 650.00 | 4,560.41 |
| 4/26 | | Check Crd Purchase 04/24 Ftd*St Ives Floris Reno NV 434257xxxxxx2789 003114678993069 ?McC=5992 | | 96.90 | 4,463.51 |
| 4/29 | | Deposit | 1,758.83 | | |
| 4/29 | | POS Purchase - 04/29 Mach ID 000000 Wal Mart 3254 Reno NV 2789 00000000459691904 ?McC=5411 | | 127.11 | 6,095.23 |
| 4/30 | | Check Crd Purchase 04/28 Miguel's Cocina #5 Coronado CA 434257xxxxxx2789 163118740464570 ?McC=5812 | | 71.56 | 6,023.67 |
| 5/1 | | US Treasury 312 Tax Ref 050113 Raum, James F & Julie | 3,529.00 | | |
| 5/1 | 2284 | Check | | 863.31 | |
| 5/1 | | Check | | 3,000.00 | 5,689.36 |
| **Ending balance on 5/1** | | | | | **5,689.36** |
| **Totals** | | | **$7,727.55** | **$8,378.45** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ **Converted check:** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| | 5/1 | 3,000.00 | 2277 | 4/8 | 80.30 | 2280 | 4/11 | 600.00 |
| 2275 | 4/4 | 863.54 | 2278 | 4/8 | 100.00 | 2281 | 4/25 | 650.00 |
| 2276 | 4/10 | 192.32 | 2279 | 4/9 | 100.00 | 2284 * | 5/1 | 863.31 |

\* *Gap in check sequence.*

**WELLS FARGO**

 IMPORTANT ACCOUNT INFORMATION

---

Please note the Terms & Conditions for Wells Fargo Consumer Debit Cards, the section titled "Use of your Card", and Consumer Account Agreement section titled "ATM transactions and point-of-sale purchases" are changing to clarify that the Bank may limit the number of authorizations it allows during a period of time and reserves the right to deny certain transactions for any reason (e.g., suspected fraudulent or unlawful activity, indication of increased risk related to the transaction).

For more details, refer to the Consumer Account Agreement Addenda at wellsfargo.com/wfonline/consumer_deposit_acct_fee or contact your local banker.

---

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

# Wells Fargo Way2Save® Savings

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/2 | $75.00 |
| Deposits/Additions | 25.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 5/1** | **$100.00** |

Account number:  **9196232053**

**JULIE ANN RAUM**
**JAMES RAUM**
**DEBTOR IN POSSESSION**
**CH 11 CASE 12-52643 NV**
*Nevada account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 321270742

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $89.16 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---:|---:|---:|
| 4/15 | Recurring Transfer From Raum J Way2Save Checking Ref #Ope8B4D4Gp xxxxxx3211 | 25.00 | | 100.00 |
| | **Ending balance on 5/1** | | | **100.00** |
| **Totals** | | **$25.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Case 12-32043-btb   Doc 88   Entered 05/16/13 12:49:04   Page 9 of 17



**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/02/2013 - 05/01/2013 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $75.00 ☐ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $25.00 ☑ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.

AM/AM

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.     $ _____ |

**B** List outstanding deposits and other credits to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____ |

**C** Add **A** and **B** to calculate the subtotal.     = $ _____ |

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____ |

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.     = $ _____ |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance** service

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.

  


# The perfect gift for moms, dads, and grads

**Give your loved ones a Wells Fargo Visa Gift Card**

Searching for gifts for the moms, dads, and grads in your life?
The Wells Fargo Visa® Gift Card is a great choice.[1] Here's why:

- **Convenience:** Purchase online or at any Wells Fargo location

- **Funds never expire:** Can be used at any time in the future

- **Use it anywhere in the U.S.:** At all your favorite participating retailers and service providers — in person, online, or by phone.

- **More choices:** Choose any denomination you want between $25 and $500

To purchase a Wells Fargo Visa Gift Card, go to **wellsfargo.com/giftcard** or visit any Wells Fargo banking location. Do it in time for Mother's Day, Father's Day, and Graduation Day.



**Together we'll go far**



[1] Please refer to the Wells Fargo Visa Gift Card Agreement for more details about gift cards and applicable fees.

© 2013 Wells Fargo Bank, N.A. All rights reserved. ECG-867731

Case 12-52643-btb Doc 69 Entered 05/16/13 12:49:04 Page 12 of 17

# Wells Fargo Way2Save® Checking

Account number: 8788593211 ■ April 2, 2013 - May 1, 2013 ■ Page 1 of 3



JULIE ANN RAUM
JAMES RAUM
DEBTOR IN POSSESSION
CH 11 CASE 12-52643 NV
5200 SUMMIT RIDGE DR APT 3322
RENO NV 89523-9054

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

**Now available!**
Improved balance alerts will now be sent faster so you can take quick action. With Wells Fargo Online, you can get notified when your balance drops below a limit you set.

**New! Text Transfers**
With Text Banking, you can quickly transfer money between your accounts via text message. To sign up for Text Banking and set up Text Transfers, go to the Account Services tab and select "Set Up/Modify Mobile Banking".

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☑ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/2 | $462.67 |
| Deposits/Additions | 2,900.00 |
| Withdrawals/Subtractions | - 2,060.78 |
| **Ending balance on 5/1** | **$1,301.89** |

Account number: **8788593211**

**JULIE ANN RAUM**
**JAMES RAUM**
**DEBTOR IN POSSESSION**
**CH 11 CASE 12-52643 NV**

*Nevada account terms and conditions apply*

For Direct Deposit and Automatic Payments use Routing Number (RTN): 321270742

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|---------------------|---------------------------|---------------------|
| 4/2 | 362 | Check | | 253.34 | 209.33 |
| 4/4 | | Transfer From Valenzuela Jamie Ref #Ppe89Z882P | 1,000.00 | | 1,209.33 |
| 4/5 | | Deposit Made In A Branch/Store | 400.00 | | 1,609.33 |
| 4/8 | ^363 | GMAC Mtg Corp Check Pymt 040513 0363 | | 1,041.47 | 567.86 |
| 4/11 | ^364 | Lassencotreasury Ck Payment 130410 364 1365616222029 5399881 | | 475.63 | 92.23 |
| 4/15 | | Transfer From Valenzuela Jamie Ref #Ppejz854Cl | 1,500.00 | | |
| 4/15 | | Recurring Transfer to Raum J Way2Save Savings Ref #Ope8B4Gp xxxxxx2053 | | 25.00 | 1,567.23 |
| 4/30 | 375 | Check | | 253.34 | 1,313.89 |
| 5/1 | | Monthly Service Fee | | 12.00 | 1,301.89 |
| **Ending balance on 5/1** | | | | | **1,301.89** |
| **Totals** | | | **$2,900.00** | **$2,060.78** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^  **Converted check:** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 362 | 4/2 | 253.34 | 364 | 4/11 | 475.63 | 375 * | 4/30 | 253.34 |
| 363 | 4/8 | 1,041.47 | | | | | | |

*  *Gap in check sequence.*

Your Checking Package is designed to work with you to achieve financial success by providing additional benefits on the accounts and services you need. Remember, to waive the monthly service fee on your checking account, you must meet the monthly service fee waiver requirements which includes having three additional qualifying linked accounts and/or services. If you have any questions, please contact your Wells Fargo banker or call Wells Fargo Phone Bank at 1-800-TO-WELLS (1-800-869-3557).

# IMPORTANT ACCOUNT INFORMATION

---

Please note the Terms & Conditions for Wells Fargo Consumer Debit Cards, the section titled "Use of your Card", and Consumer Account Agreement section titled "ATM transactions and point-of-sale purchases" are changing to clarify that the Bank may limit the number of authorizations it allows during a period of time and reserves the right to deny certain transactions for any reason (e.g., suspected fraudulent or unlawful activity, indication of increased risk related to the transaction).

For more details, refer to the Consumer Account Agreement Addenda at wellsfargo.com/wfonline/consumer_deposit_acct_fee or contact your local banker.

---

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

Case 12-52043-btb   Doc 88   Entered 05/16/13 12:49:04   Page 14 of 17

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.          $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.   = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance°service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

Sheet Seq = 0004282



# The perfect gift for moms, dads, and grads

### Give your loved ones a Wells Fargo Visa Gift Card

Searching for gifts for the moms, dads, and grads in your life? The Wells Fargo Visa® Gift Card is a great choice.[1] Here's why:

- **Convenience:** Purchase online or at any Wells Fargo location
- **Funds never expire:** Can be used at any time in the future
- **Use it anywhere in the U.S.:** At all your favorite participating retailers and service providers — in person, online, or by phone.
- **More choices:** Choose any denomination you want between $25 and $500

To purchase a Wells Fargo Visa Gift Card, go to **wellsfargo.com/giftcard** or visit any Wells Fargo banking location. Do it in time for Mother's Day, Father's Day, and Graduation Day.



Together we'll go far



[1] Please refer to the Wells Fargo Visa Gift Card Agreement for more details about gift cards and applicable fees.

© 2013 Wells Fargo Bank, N.A. All rights reserved. ECG-867731

7:58 AM

05/04/13

Accrual Basis

**TJ's Mexican Food, Inc.**
# Profit & Loss
### April 2013

|  | Apr 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · INCOME** | |
| **Food Sales** | |
| 6360 · Less -Sales Tax | -4,737.58 |
| 4100 · Sales | 66,628.71 |
| **Total Food Sales** | 61,891.13 |
| **Total 4000 · INCOME** | 61,891.13 |
| **Total Income** | 61,891.13 |
| **Cost of Goods Sold** | |
| **5000 · COST of GOODS SOLD** | |
| 5036 · Breakfast | 405.47 |
| 5021 · Chicken | 2,493.51 |
| 5022 · Beef | 3,847.93 |
| 5023 · Cheese | 1,249.89 |
| 5024 · Produce | 2,172.58 |
| 5025 · Beverage | 2,240.15 |
| 5026 · Seasonings | 127.72 |
| 5027 · Paper | 1,417.63 |
| 5028 · Tortillas | 1,643.60 |
| 5029 · Potato Oles | 2,662.49 |
| 5030 · Discretionary | 1,552.20 |
| 5031 · Other Food | 1,041.43 |
| 5032 · Desserts | 297.63 |
| 5033 · Nacho Cheese | 1,457.00 |
| 5034 · Sauce | 1,166.58 |
| **Total 5000 · COST of GOODS S...** | 23,775.81 |
| **Total COGS** | 23,775.81 |
| **Gross Profit** | 38,115.32 |
| **Expense** | |
| 6030 · Advertising | 92.22 |
| 6035 · Ad Production Fund | 307.40 |
| 6110 · Automobile Expense | 1,096.13 |
| 6130 · Cash Over/Short | -644.85 |
| 6160 · Dues and Subscriptions | 197.99 |
| 6175 · Franchise Fees | 2,459.26 |
| 6180 · Insurance | |
| 6185 · Liability Insurance | 487.54 |
| 6190 · Officer's Health Insura... | 708.05 |
| 6195 · Worker's Comp | 284.81 |
| **Total 6180 · Insurance** | 1,480.40 |
| 6225 · Janitorial & Laundry | 624.49 |
| 6235 · Meals and Entertainment | 273.40 |
| 6240 · Miscellaneous | 75.41 |
| 6245 · Office Supplies | 16.14 |
| 6250 · Operation Supplies | 1,592.45 |
| 6255 · Payroll Expenses | 1,963.25 |
| 6260 · Penalty | 431.43 |
| 6290 · Rent-Building | 4,871.40 |
| 6295 · Rent-Storage | 165.00 |

7:58 AM

05/04/13

Accrual Basis

**TJ's Mexican Food, Inc.**
# Profit & Loss
### April 2013

|  | Apr 13 |
|---|---|
| **6300 · Repairs** | |
| 6310 · Building Repairs | 1,471.44 |
| 6330 · Equipment Repairs | 520.77 |
| **Total 6300 · Repairs** | 1,992.21 |
| **6340 · Salaries and wages** | 17,253.57 |
| **6370 · Telephone** | 998.85 |
| **6380 · Uniforms** | 735.66 |
| **6390 · Utilities** | |
| 6400 · Gas and Electric | 1,349.21 |
| 6410 · Water | 69.55 |
| 6420 · Trash Removal | 433.13 |
| **Total 6390 · Utilities** | 1,851.89 |
| **Total Expense** | 37,833.70 |
| **Net Ordinary Income** | 281.62 |
| **Net Income** | **281.62** |