B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  JAMES RAUM & JULIE ANN RAUM                    ,          Case No.  12-52643

*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  JUNE, 2013                         Date filed:  NOVEMBER 20, 2012

Line of Business:  INDIVIDUAL                    NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Julie Ann Raum

Printed Name of Responsible Party

| **Questionnaire:** *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1.  IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2.  HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3.  *DID YOU PAY YOUR EMPLOYEES ON TIME?*  n|~ | ☐ | ☐ |
| 4.  HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5.  HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH  n|a | ☐ | ☐ |
| 6.  HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS?  n|a | ☐ | ☐ |
| 7.  HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8.  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9.  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10.  HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11.  DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12.  HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13.  DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

### TAXES

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☐ | ☑ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 6,066.17 |

#### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 6,997.06 |
| Cash on Hand at End of Month | $ | 8,852.29 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 8,852.29 |

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 4,576.97 |

*(Exhibit C)*

### CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 6,066.17 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 4,576.97 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 1,489.20 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  _____ 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  _____ 0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?  $ _____ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?  $ _____ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?  $ _____ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?  $ _____ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | | Projected | | Actual | | Difference |
|---|---|---|---|---|---|---|
| INCOME | $ | 5,842.66 | $ | 6,077.22 | $ | 234.56 |
| EXPENSES | $ | 5,500.00 | $ | 4,576.97 | $ | 923.03 |
| CASH PROFIT | $ | 342.66 | $ | 1,500.25 | $ | 1,157.59 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 5,767.66 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 5,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | 767.66 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Wells Fargo Combined Statement of Accounts

Primary account number:   8788592437   ■   June 4, 2013 - July 1, 2013   ■   Page 1 of 7



JULIE ANN RAUM
JAMES RAUM
DEBTOR IN POSSESSION
CH. 11 CASE 12-52643NV
5200 SUMMIT RIDGE DR APT 3322
RENO NV 89523-9054

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Summary of accounts

### Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Way2Save® Checking | 2 | 8788592437 | 5,249.98 | 8,550.34 |
| Wells Fargo Way2Save® Savings | 5 | 9196232053 | 125.00 | 150.00 |
| **Total deposit accounts** | | | **$5,374.98** | **$8,700.34** |

(825)

Primary account number:  8788592437  ■ June 4, 2013 - July 1, 2013  ■ Page 2 of 7



# Wells Fargo Way2Save® Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 6/4 | $5,249.98 |
| Deposits/Additions | 5,677.22 |
| Withdrawals/Subtractions | - 2,376.86 |
| **Ending balance on 7/1** | **$8,550.34** |

Account number:  8788592437

**JULIE ANN RAUM**
**JAMES RAUM**
**DEBTOR IN POSSESSION**
**CH. 11 CASE 12-52643NV**

*Nevada account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  321270742

### Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/4 | | Deposit Made In A Branch/Store | 1,500.00 | | |
| 6/4 | | Check Crd Purchase 06/02 Jimmy John's #595 Reno NV 434257xxxxxx2789 083153754156879 ?McC=5814 | | 12.82 | |
| 6/4 | | Kromer Investmen Resident 13488719 Julie Ann Raum | | 94.00 | 6,643.16 |
| 6/5 | | POS Purchase - 06/05 Mach ID 000000 Raley S 105 Reno NV 2789 00583157003137387 ?McC=5411 | | 46.97 | |
| 6/5 | ^ 2289 | AT&T Services Checkpaymt 060413 2289 A 13155 | | 192.32 | 6,403.87 |
| 6/6 | | Deposit Made In A Branch/Store | 1,758.83 | | |
| 6/6 | | POS Purchase - 06/06 Mach ID 000000 Walgreens 750 N Virgin Reno NV 2789 00583150017483215 ?McC=5912 | | 9.03 | 8,153.67 |
| 6/10 | | Check Crd Purchase 06/07 Qvc 423862012801 1 800-367-9444 PA 434257xxxxxx2789 003156037034546 ?McC=5964 | | 33.16 | |
| 6/10 | | Check Crd Purchase 06/07 Qvc 423864599401 800-367-9444 PA 434257xxxxxx2789 163156179338377 ?McC=5964 | | 198.99 | |
| 6/10 | | POS Purchase - 06/08 Mach ID 000000 Target T1363 Target T1 Reno NV 2789 00463159697033615 ?McC=5411 | | 33.63 | |
| 6/10 | | POS Purchase - 06/08 Mach ID 000000 Cvs 09170 09170 2300 Sparks NV 2789 00383159759330713 ?McC=5912 | | 12.36 | |
| 6/10 | | POS Purchase - 06/08 Mach ID 000000 Walgreens 10370 N McCA Reno NV 2789 00583159796298447 ?McC=5912 | | 3.85 | |
| 6/10 | | POS Purchase - 06/08 Mach ID 000000 Walgreens 10370 N McCA Reno NV 2789 00383159797896442 ?McC=5912 | | 7.08 | |
| 6/10 | | POS Purchase - 06/08 Mach ID 000000 Walgreens 10370 N McCA Reno NV 2789 00583159801591866 ?McC=5912 | | 6.46 | |
| 6/10 | | POS Purchase - 06/08 Mach ID 000000 Walgreens 10370 N McCA Reno NV 2789 00583159802287364 ?McC=5912 | | 3.85 | |
| 6/10 | | POS Purchase - 06/08 Mach ID 000000 Walgreens 10370 N McCA Reno NV 2789 00463159803227258 ?McC=5912 | | 12.95 | |
| 6/10 | | POS Purchase - 06/08 Mach ID 000000 Costco Whse 0025 Reno NV 2789 00463160008487188 ?McC=5300 | | 168.66 | |
| 6/10 | | POS Purchase - 06/08 Mach ID 000000 Scolari S Whse 6255 Sh Reno NV 2789 00383160029935727 ?McC=5411 | | 58.54 | |
| 6/10 | | Check Crd Purchase 06/09 Reno Hairstylist Reno NV 434257xxxxxx2789 003160773349033 ?McC=7230 | | 75.00 | |
| 6/10 | | POS Purchase - 06/09 Mach ID 000000 Wal Mart 3254 Reno NV 2789 00000000755772798 ?McC=5411 | | 54.76 | |
| 6/10 | | Check Crd Purchase 06/09 Qvc 702192759401 1 800-367-9444 PA 434257xxxxxx2789 283158421854592 ?McC=5964 | | 24.12 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/10 | | Check Crd Purchase 06/09 Qvc 702192759501 1 800-367-9444 PA 434257xxxxxx2789 283158421854505 ?McC=5964 | | 24.12 | |
| 6/10 | | POS Purchase - 06/10 Mach ID 000000 Chevron Jacksons Food Reno NV 2789 00383161514592063 ?McC=5542 | | 80.00 | |
| 6/10 | | POS Purchase - 06/10 Mach ID 000000 Cvs 09841 09841 1695 Reno NV 2789 00383162028939678 ?McC=5912 | | 15.00 | 7,341.14 |
| 6/11 | | POS Purchase - 06/10 Mach ID 000000 Cvs 09841 09841 1695 Reno NV 2789 00463162038073950 ?McC=5912 | | 7.84 | 7,333.30 |
| 6/12 | | Deposit Made In A Branch/Store | 648.51 | | |
| 6/12 | | Check Crd Pur Rtrn 06/10 Cvs Pharmacy #9841 Reno NV 434257xxxxxx2789 613163546374226 ?McC=5912 | 11.05 | | |
| 6/12 | | Check Crd Purchase 06/10 Cvs Pharmacy #9841 Reno NV 434257xxxxxx2789 283162033567443 ?McC=5912 | | 19.38 | 7,973.48 |
| 6/13 | | POS Purchase - 06/13 Mach ID 000000 Cvs 09586 09586 55 DA Reno NV 2789 00463165004805695 ?McC=5912 | | 4.29 | 7,969.19 |
| 6/14 | | POS Purchase - 06/14 Mach ID 000000 Walgreens 12645 S Virg Reno NV 2789 00583166012755393 ?McC=5912 | | 16.40 | 7,952.79 |
| 6/17 | | Check Crd Purchase 06/13 Nevada Dmv 44 775-684-4507 NV 434257xxxxxx2862 003165030929035 ?McC=9399 | | 93.00 | |
| 6/17 | | Check Crd Purchase 06/14 The Women's Shooti 775-772-7064 NV 434257xxxxxx2789 083165640322250 ?McC=7999 | | 78.64 | |
| 6/17 | | Check Crd Purchase 06/14 Pretek, Inc. Http://WWW.PA TN 434257xxxxxx2789 283166142725299 ?McC=5999 | | 15.40 | |
| 6/17 | | Check Crd Purchase 06/14 Qvc*424024255601* 800-367-9444 PA 434257xxxxxx2789 28316282461717 ?McC=5964 | | 34.17 | |
| 6/17 | | Check Crd Purchase 06/15 Bjs Restaurants 45 Reno NV 434257xxxxxx2789 003166035798514 ?McC=5812 | | 20.74 | |
| 6/17 | | POS Purchase - 06/15 Mach ID 000000 The Home Depot 3311 Reno NV 2789 00383167083334771 ?McC=5200 | | 100.00 | |
| 6/17 | | Check Crd Purchase 06/15 The Coupon Clipper 813-364-2739 FL 434257xxxxxx2789 08316648551802 ?McC=7392 | | 5.40 | |
| 6/17 | | POS Purchase - 06/16 Mach ID 000000 Wal Mart 3277 Reno NV 2789 00000000559709765 ?McC=5411 | | 5.81 | |
| 6/17 | | POS Purchase - 06/16 Mach ID 000000 Smiths 750 S Meadows Reno NV 2789 00383167653879289 ?McC=5411 | | 18.63 | |
| 6/17 | | POS Purchase - 06/16 Mach ID 000000 Chevron Jacksons Food Reno NV 2789 00463167657037440 ?McC=5542 | | 80.04 | 7,500.96 |
| 6/18 | | POS Purchase - 06/18 Mach ID 000000 Walgreens 750 N Virgin Reno NV 2789 00383170004828976 ?McC=5912 | | 14.62 | |
| 6/18 | | POS Purchase - 06/18 Mach ID 000000 Walgreens 750 N Virgin Reno NV 2789 00583170006425467 ?McC=5912 | | 25.08 | |
| 6/18 | | Target Debit Crd ACH Tran 130616 000481423451363 084 Target - Reno NV | | 1.79 | 7,459.47 |
| 6/20 | | Deposit Made In A Branch/Store | 1,758.83 | | 9,218.30 |
| 6/24 | | POS Purchase - 06/23 Mach ID 000000 Petsmart Inc 1308 Reno NV 2789 00583174854872377 ?McC=5995 | | 63.07 | 9,155.23 |
| 6/25 | | POS Purchase - 06/25 Mach ID 000000 Smiths 1255 Baring Blv Sparks NV 2789 00383176843379772 ?McC=5411 | | 36.37 | |
| 6/25 | | Farmers N W Life Ins. Prem 062013 xxxxx1779 Julie Ann Raum | | 46.43 | 9,072.43 |
| 6/26 | | Check Crd Purchase 06/24 Cvs Pharmacy #9841 Reno NV 434257xxxxxx2789 083176068276039 ?McC=5912 | | 34.00 | 9,038.43 |
| 7/1 | | POS Purchase - 06/28 Mach ID 000000 Cvs 09586 Reno NV 2789 00000000549031311 ?McC=5912 | | 23.94 | |
| 7/1 | | Online Transfer to Raum J Ref #Ibec7Sth6N Way2Save Checking to Cover July Mortgage | | 329.98 | |
| 7/1 | | POS Purchase - 06/29 Mach ID 000000 Cvs 09841 09841 1695 Reno NV 2789 00383180851857589 ?McC=5912 | | 11.16 | |
| 7/1 | | POS Purchase - 06/30 Mach ID 000000 Savers 1122 Reno NV 2789 00463181626534812 ?McC=5931 | | 15.08 | |
| 7/1 | | POS Purchase - 06/30 Mach ID 000000 Savers 1041 Sparks NV 2789 00463181642750692 ?McC=5931 | | 10.23 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 7/1 | | POS Purchase - 06/30 Mach ID 000000 Wal Mart 3729 Sparks NV 2789 00000000650219380 ?McC=5411 | | 7.04 | |
| 7/1 | | POS Purchase - 06/30 Mach ID 000000 Best Buy 128 Reno NV 2789 00000000746932313 ?McC=5732 | | 64.62 | |
| 7/1 | | Target Debit Crd ACH Tran 130629 000481423451363 081 Target - Reno NV | | 16.23 | |
| 7/1 | | Target Debit Crd ACH Tran 130629 000481423451363 081 Target - Reno NV | | 9.81 | 8,550.34 |
| **Ending balance on 7/1** | | | | | 8,550.34 |
| **Totals** | | | **$5,677.22** | **$2,376.86** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^   *Converted check: Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 2289 | 6/5 | 192.32 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/04/2013 - 07/01/2013 | Standard monthly service fee $12.00 | You paid $0.00 | |
|------|------|------|------|
| **How to avoid the monthly service fee  *(complete 1 AND 2)*** | Minimum required | This fee period | |
| 1) Have any **ONE** of the following account requirements | | | |
| ·   Minimum daily balance | $2,000.00 | $6,403.87 | ☑ |
| ·   Total amount of qualifying direct deposits | $750.00 | $0.00 | ☐ |
| ·   Total number of Wells Fargo debit card purchases and/or payments | 10 | 45 | ☐ |
| ·   Linked Wells Fargo credit card qualified purchase transaction | 3 | 0 | ☐ |
| ·   Linked Wells Fargo credit card total qualified purchases | $300.00 | $0.00 | ☐ |
| 2) Complete the package requirements | | | |
| ·   Have qualifying linked accounts or services in separate categories* | 3 | | ☑ |

**Monthly service fee discount(s)  *(applied when box is checked)***
Online only statements (reduces monthly service fee by $2.00)    ☑

*Includes Wells Fargo consumer accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
JC/JC



# Wells Fargo Way2Save® Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 6/4 | $125.00 |
| Deposits/Additions | 25.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 7/1** | **$150.00** |

Account number:   9196232053

JULIE ANN RAUM
JAMES RAUM
DEBTOR IN POSSESSION
CH 11 CASE 12-52643 NV
*Nevada account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  321270742

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $138.39 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 6/17 | Recurring Transfer From Raum J Way2Save Checking Ref #Opemwtvglc xxxxxx3211 | 25.00 | | 150.00 |
| **Ending balance on 7/1** | | | | **150.00** |
| **Totals** | | **$25.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/04/2013 - 07/01/2013 | Standard monthly service fee $5.00 | | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| ·  Minimum daily balance | | $300.00 | $125.00 ☐ |
| ·  Daily automatic transfer from a Wells Fargo checking account | | $1.00 | $0.00 ☐ ^ |
| ·  Save As You Go® transfer from a Wells Fargo checking account | | $1.00 | $0.00 ☐ |
| ·  Monthly automatic transfer from a Wells Fargo checking account | | $25.00 | $25.00 ☑ |
| ·  The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
AM/AM

Primary account number:   8788592437   ■   June 4, 2013 - July 1, 2013   ■   Page 6 of 7



---

 IMPORTANT ACCOUNT INFORMATION

As a reminder the $5 monthly service fee can be waived with any one of the following:
- Maintain a $300 minimum daily balance
- Maintain 1 or more posted Save As You Go® transfers from a Wells Fargo checking account into this account
- Maintain a monthly recurring automatic transfer of $25 or more from a Wells Fargo checking account into this account
- Maintain a daily recurring automatic transfer each business day of $1 or more from a Wells Fargo checking account into this account
- If you are under the age of 18 (19 in AL) and are the primary account owner of the account

If you have questions about your account or would like additional information on the monthly service fee waiver options please contact your local banker or call the number listed on your statement.

Primary account number:   **8788592437**   ■ June 4, 2013 - July 1, 2013  ■ Page 7 of 7



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.    $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.    = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

- $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■  **In case of errors or questions about your Direct Deposit Advance® service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

# Wells Fargo Way2Save® Checking



Account number:  8788593211  ▪  June 4, 2013 - July 1, 2013  ▪  Page 1 of 4

JULIE ANN RAUM
JAMES RAUM
DEBTOR IN POSSESSION
CH 11 CASE 12-52643 NV
5200 SUMMIT RIDGE DR APT 3322
RENO NV 89523-9054

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 6/4 | $1,622.08 |
| Deposits/Additions | 729.98 |
| Withdrawals/Subtractions | - 2,200.11 |
| **Ending balance on 7/1** | **$151.95** |

Account number:  8788593211

**JULIE ANN RAUM**
**JAMES RAUM**
**DEBTOR IN POSSESSION**
**CH 11 CASE 12-52643 NV**

*Nevada account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  321270742

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  8788593211  ▪ June 4, 2013 - July 1, 2013  ▪ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/4 | | Deposit Made In A Branch/Store | 400.00 | | |
| 6/4 | 366 | Check | | 54.09 | 1,967.99 |
| 6/5 | 365 | Check | | 88.73 | |
| 6/5 | ^ 378 | Ocwen Check Pymt 060413 0378 | | 1,041.47 | 837.79 |
| 6/7 | 367 | Check | | 208.04 | 629.75 |
| 6/13 | 368 | Check | | 442.80 | 186.95 |
| 6/17 | | Recurring Transfer to Raum J Way2Save Savings Ref #Opemwtvglc xxxxxx2053 | | 25.00 | 161.95 |
| 7/1 | | Online Transfer From Raum J Ref #Ibec7Sth6N Way2Save Checking to Cover July Mortgage | 329.98 | | |
| 7/1 | 369 | Check | | 329.98 | |
| 7/1 | | Monthly Service Fee | | 10.00 | 151.95 |
| Ending balance on 7/1 | | | | | 151.95 |
| Totals | | | $729.98 | $2,200.11 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ *Converted check: Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

### Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 365 | 6/5 | 88.73 | 367 | 6/7 | 208.04 | 369 | 7/1 | 329.98 |
| 366 | 6/4 | 54.09 | 368 | 6/13 | 442.80 | 378 * | 6/5 | 1,041.47 |

* *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/04/2013 - 07/01/2013 | Standard monthly service fee $12.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee  (complete 1 AND 2)** | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $2,000.00 | $161.95 ☐ |
| · Total amount of qualifying direct deposits | $750.00 | $0.00 ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 0 ☐ |
| · Linked Wells Fargo credit card qualified purchase transaction | 3 | 0 ☐ |
| · Linked Wells Fargo credit card total qualified purchases | $300.00 | $0.00 ☐ |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☐ |

Monthly service fee discount(s) (applied when box is checked)
Online only statements (reduces monthly service fee by $2.00)    ☑

*Includes Wells Fargo consumer accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
JC/JC

Account number:  **8788593211**  ■  June 4, 2013 - July 1, 2013  ■  Page 3 of 4



Your Checking Package is designed to work with you to achieve financial success by providing additional benefits on the accounts and services you need. Remember, to waive the monthly service fee on your checking account, you must meet the monthly service fee waiver requirements which includes having three additional qualifying linked accounts and/or services. If you have any questions, please contact your Wells Fargo banker or call Wells Fargo Phone Bank at 1-800-TO-WELLS (1-800-869-3557).

Account number:  **8788593211**  ▪  June 4, 2013 - July 1, 2013  ▪  Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.             $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

▶  + $ _____

**C**  Add **A** and **B** to calculate the subtotal.   = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

▶  - $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

▪  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

▪  **In case of errors or questions about your Direct Deposit Advance®  service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.  

10:25 AM

07/05/13

Accrual Basis

# TJ's Mexican Food, Inc.
## Profit & Loss
### June 2013

| | Jun 13 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **4000 · INCOME** | | |
| **Food Sales** | | |
| 6360 · Less -Sales Tax | -5,112.66 | -8.3% |
| 4100 · Sales | 66,349.17 | 108.3% |
| **Total Food Sales** | 61,236.51 | 100.0% |
| **Total 4000 · INCOME** | 61,236.51 | 100.0% |
| **Total Income** | 61,236.51 | 100.0% |
| **Cost of Goods Sold** | | |
| **5000 · COST of GOODS SOLD** | | |
| 5036 · Breakfast | -30.66 | -0.1% |
| 5021 · Chicken | 2,424.97 | 4.0% |
| 5022 · Beef | 3,922.82 | 6.4% |
| 5023 · Cheese | 1,218.57 | 2.0% |
| 5024 · Produce | 1,398.24 | 2.3% |
| 5025 · Beverage | 2,441.35 | 4.0% |
| 5026 · Seasonings | 132.57 | 0.2% |
| 5027 · Paper | 1,535.88 | 2.5% |
| 5028 · Tortillas | 1,555.35 | 2.5% |
| 5029 · Potato Oles | 2,811.40 | 4.6% |
| 5030 · Discretionary | 1,207.06 | 2.0% |
| 5031 · Other Food | 1,192.63 | 1.9% |
| 5032 · Desserts | 403.44 | 0.7% |
| 5033 · Nacho Cheese | 1,386.62 | 2.3% |
| 5034 · Sauce | 1,257.01 | 2.1% |
| **Total 5000 · COST of GOODS S...** | 22,857.25 | 37.3% |
| **Total COGS** | 22,857.25 | 37.3% |
| **Gross Profit** | 38,379.26 | 62.7% |
| **Expense** | | |
| 6030 · Advertising | 91.84 | 0.1% |
| 6035 · Ad Production Fund | 306.13 | 0.5% |
| 6110 · Automobile Expense | 1,118.83 | 1.8% |
| 6120 · Bank Service Charges | 116.85 | 0.2% |
| 6122 · Bankcard Fees | 655.02 | 1.1% |
| 6130 · Cash Over/Short | 70.64 | 0.1% |
| 6160 · Dues and Subscriptions | 317.99 | 0.5% |
| 6175 · Franchise Fees | 2,448.98 | 4.0% |
| 6180 · Insurance | | |
| 6185 · Liability Insurance | 497.54 | 0.8% |
| 6190 · Officer's Health Insura... | 708.05 | 1.2% |
| 6195 · Worker's Comp | 295.81 | 0.5% |
| **Total 6180 · Insurance** | 1,501.40 | 2.5% |
| 6225 · Janitorial & Laundry | 835.95 | 1.4% |
| 6235 · Meals and Entertainment | 147.05 | 0.2% |
| 6240 · Miscellaneous | 264.80 | 0.4% |
| 6245 · Office Supplies | 10.76 | 0.0% |
| 6250 · Operation Supplies | 375.33 | 0.6% |
| 6255 · Payroll Expenses | 1,608.57 | 2.6% |
| 6260 · Penalty | 318.70 | 0.5% |
| 6290 · Rent-Building | 5,081.66 | 8.3% |